UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

J'AH JOHNSON,

                           Plaintiff,

        v.

CAR CITY MOTORS INC,

                           Defendant.

CASE NO. 3:26-cv-05212-BAT

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

On March 2, 2026, Plaintiff, J'ah Johnson, filed a complaint against Defendant. Dkt. # 1. Under Fed. R. Civ. P. 4 (l) and (m) a plaintiff must file proof, within 90 days, that the summons and complaint were properly served. Because Plaintiff did not timely show proof of service, the Court ordered him to show cause by June 16, 2026 why the complaint should not be dismissed. The Court advised Plaintiff that he may show cause by filing proof of service by June 16, 2026. *See* Dkt. # 3.

As of this date, Plaintiff has not responded to the show cause order. *See generally* Dkt. The Court accordingly FINDS and ORDERS:

1.    Plaintiff has not filed proof of service that Defendant has been timely served. Although the Court notified Plaintiff that his complaint is subject to dismissal and gave him the opportunity to timely show proof of service, he has not responded to the Court's order to show

ORDER OF DISMISSAL WITHOUT
PREJUDICE - 1

cause. The Court accordingly **DISMISSES** this matter without prejudice.

> 2.      The clerk shall provide Plaintiff a copy of this Order and close the case.

DATED this 18th day of June, 2026.

JOHN H. CHUN
United States District Judge

ORDER OF DISMISSAL WITHOUT
PREJUDICE - 2